# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132018(64)

HOUDINI PROPERTIES, LLC,
         Plaintiff-Appellant,

v

CITY OF ROMULUS,
         Defendant-Appellee.
_____

SC: 132018
COA: 266338
Wayne CC: 05-504139-CZ

On order of the Chief Justice, the motion by the State Bar of Michigan Real Property Section for extension of the time for filing their brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2007

Clerk